# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>       Plaintiff,<br><br>  vs.<br><br>TERESSITA DIRIGE, et al.,<br><br>       Defendants. | 1:14-cv-001101-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED **NON-PRISONER** APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN FORTY-FIVE DAYS |

     Plaintiff, a civil detainee proceeding pro se, filed this civil rights action on July 14, 2014. Plaintiff also filed a motion seeking leave to proceed in forma pauperis, but the form application was not complete. Plaintiff did not answer the questions or sign the application. Accordingly, IT IS HEREBY ORDERED that:

     1.    Within forty-five (45) days from the date of service of this order, Plaintiff shall file the attached **non-prisoner** application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

     2.    No extension of time will be granted without a showing of good cause; and

     3.    The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

   Dated:   **July 18, 2014**                    /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28