UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>TERESSITA DIRIGE, et al.,<br><br>        Defendants. | Case No.: 1:14-cv-01101-BAM (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 6) |

Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  In the instant action, Plaintiff filed an application to proceed in forma pauperis.  Examination of these documents reveals that Plaintiff is unable to afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

    Dated:   **August 13, 2014**           /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE