# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>              Plaintiff,<br><br>   v.<br><br>TERESSITA DIRIGE, et al.,<br><br>              Defendants. | ) Case No. 1:14-cv-01101-BAM<br>)<br>) ORDER DENYING PLAINTIFF'S MOTION<br>) FOR DISCOVERY AS PREMATURE<br>)<br>) (ECF No. 12)<br>)<br>)<br>)<br>)<br>) |

Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action.  On October 7, 2014, the Court dismissed Plaintiff's complaint with leave to file an amended complaint within thirty days.  (ECF No. 11.)  On October 17, 2014, Plaintiff filed the instant motion for discovery.  (ECF No. 12.)

Plaintiff's motion for discovery is premature and shall be denied without prejudice.  At this time, there is no operative complaint on file, no defendants have been ordered served and discovery has not been opened in this matter.  If Plaintiff files an amended complaint, it will be screened in accordance with 28 U.S.C. § 1915(e).

Accordingly, Plaintiff's motion for discovery is HEREBY DENIED, without prejudice, as premature.

IT IS SO ORDERED.

Dated:  __October 20, 2014__         ___/s/ Barbara A. McAuliffe___
UNITED STATES MAGISTRATE JUDGE