# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>        Plaintiff,<br><br>  v.<br><br>TERESSITA DIRIGE, et al.,<br><br>        Defendants. | Case No. 1:14-cv-01101-BAM<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION FOR LEAVE TO AMEND<br>(ECF No. 16) |

      Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action. On October 7, 2014, the Court dismissed Plaintiff's complaint with leave to file an amended complaint within thirty days. (ECF No. 11.) On October 20, 2014, Plaintiff filed a first amended complaint. (ECF No. 14.) On October 28, 2014, the Court dismissed Plaintiff's first amended complaint with leave to amend within thirty (30) days. (ECF No. 15.) Plaintiff's amended complaint is due on or before December 1, 2014.

      On November 12, 2014, Plaintiff filed a document entitled "Motion for Ammeand [sic] Complaint." (ECF No. 16.) Although not entirely clear, Plaintiff's document appears to be an amended complaint, not a motion to amend or a motion for an extension of time to amend. Given the unclear nature of Plaintiff's request or his intentions, Plaintiff's motion for amended complaint is HEREBY DISREGARDED.

///

///

1

If Plaintiff requires additional time to file an amended complaint, he should submit a request for an extension of time.  However, if Plaintiff merely seeks to file his amended complaint, any such amended complaint should be clearly labeled "Second Amended Complaint."

IT IS SO ORDERED.

Dated: **November 17, 2014**        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE